

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN<br><br>Plaintiff,<br><br>v.<br><br>COUNTY SQUARE MEDIATION, *et al.*,<br><br>Defendants | CASE NO. 2:16-cv-06355-PSG-PLA<br><br>ORDER [proposed] |

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 3/1, 2017

Hon. Philip S. Gutierrez
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER